# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br>DAVID A GUCCIARDO<br>SARAH M GUCCIARDO<br>Debtor(s) | Case No. 17-09508 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/26/2017.

2) The plan was confirmed on 06/06/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/16/2018.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,896.00 |
| Less amount refunded to debtor | $242.10 |
| **NET RECEIPTS:** | **$2,653.90** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,562.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $126.97 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,688.97** |
| Attorney fees paid and disclosed by debtor: | $938.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CALLAHAN & HOCKEMEYER PC | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 0.00 | 1,626.79 | 1,626.79 | 19.06 | 0.00 |
| CAPITAL ONE NA | Unsecured | 327.00 | 763.95 | 763.95 | 0.00 | 0.00 |
| Chase Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Unsecured | 5,550.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Unsecured | 1,837.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Unsecured | 1,624.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHLD/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI SHELL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 2,142.00 | 1,930.91 | 1,930.91 | 35.20 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER FIN SVCS LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ESB/HARLEY DAVIDSON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Frd Motor Cr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Frd Motor Cr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Frd Motor Cr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Frd Motor Cr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Frd Motor Cr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| H&R Accounts Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL LABORATORY MEDICINE ASSOC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| KOHLS | Unsecured | 1,626.00 | NA | NA | 0.00 | 0.00 |
| KOHLS/CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LENDING CLUB CORPORATION | Unsecured | 14,169.00 | 13,582.31 | 13,582.31 | 247.57 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CEN | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CEN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CEN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| LUMC Patient Payments | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 8,917.00 | 9,643.91 | 9,643.91 | 175.79 | 0.00 |
| LVNV FUNDING | Unsecured | 2,240.00 | 2,488.84 | 2,488.84 | 37.10 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 0.00 | 460.50 | 46.05 | 0.00 |
| Mobil Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Unsecured | 3,425.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 19,000.00 | 21,159.39 | 21,159.39 | 0.00 | 0.00 |
| NISSAN-INFINITI LT | Secured | NA | 10,339.78 | 10,339.78 | 0.00 | 0.00 |
| PEDIATRIX MEDICAL GROUP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 7,278.00 | 8,003.84 | 8,003.84 | 145.89 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 3,459.00 | 3,872.45 | 3,872.45 | 70.59 | 0.00 |
| PREMIER BANKCARD | Unsecured | 254.00 | 456.16 | 456.16 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 2,247.00 | 2,394.06 | 2,394.06 | 35.68 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 812.00 | 905.61 | 905.61 | 16.50 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,969.00 | 2,310.22 | 2,310.22 | 42.11 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,754.00 | 2,053.80 | 2,053.80 | 37.43 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,324.00 | 1,606.23 | 1,606.23 | 18.82 | 0.00 |
| RADADVANTAGE APC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| RCS/MICHAEL HILL | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| RPW OBSTETRICS & GYNECOLOGY S | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| RPW OBSTETRICS & GYNECOLOGY S | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RPW OBSTETRICS & GYNECOLOGY S | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 2,555.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/AMAZON | Unsecured | 0.00 | 2,037.36 | 2,037.36 | 37.14 | 0.00 |
| SYNCB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/LOWES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/OLD NAVY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/SAMS CLUB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/SONY FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Walmart | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 2,037.00 | NA | NA | 0.00 | 0.00 |
| TARGET NB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET NB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET NB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET NB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US BANK HOGAN LOC | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| US BANK/NA ND | Unsecured | 2,001.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE EMERGENCY PHYSICIAN | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Wfds/Wds | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wfds/Wds | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $31,499.17 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,499.17** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,136.94** | **$964.93** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,688.97 |
| Disbursements to Creditors | $964.93 |
| **TOTAL DISBURSEMENTS:** | **$2,653.90** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/18/2018                         By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**